O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-2106-AHM (MANx) | Date | July 7, 2008 |
|---|---|---|---|
| Title | VA RANCHO MIRAGE, I, INC., et al. v. CITY OF RANCHO MIRAGE, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Sonia Y. Lee | Roger C. Rees<br>Joan Stevens Smyth | |

**Proceedings:**    SCHEDULING CONFERENCE

Cause called; appearances made.

After consulting with counsel about the proposed discovery schedule, the Court intends to set a further scheduling conference, if necessary, after issuing a ruling on defendants' forthcoming judgment on the pleadings motion.

|  | : | 10 |
|---|---|---|
| | Initials of Preparer | SMO |