O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2106 AHM (MANx) | Date | July 25, 2008 |
|---|---|---|---|
| Title | VA RANCHO MIRAGE I, INC., *et al.*  v. CITY OF RANCHO MIRAGE, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**         IN CHAMBERS (No Proceedings Held)

The Court has received Defendant City of Rancho Mirage's *ex parte* application to continue the hearing on its motion for judgment on the pleadings and Plaintiffs' motion for summary judgment[1] and Plaintiffs' opposition.  The Court GRANTS the ex parte application and continues the hearing on both motions to **September 8, 2008 at 10:00 a.m.**  For both motions, opposition papers shall be filed by August 4, 2008 and reply papers shall be filed by August 18, 2008.

                                                                                                          :

                                                                         Initials of Preparer        se

---

[1] Docket No. 32.