O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2106 AHM (MANx) | Date | December 10, 2008 |
|---|---|---|---|
| Title | VA RANCHO MIRAGE I, INC., *et al.* v. CITY OF RANCHO MIRAGE, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

   The Court hereby sets a further scheduling conference in this matter for February 2, 2009 at 1:30 p.m.  By not later than January 27, 2009 the parties shall file a Joint Rule 26(f) Report pursuant to the Court's requirements, as they did prior to the first scheduling conference.

                                                                                                        :

                                                        Initials of Preparer          RJ